# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOVITO TAGLE CRUZ, )<br>)<br>Defendant )<br>) | Case No. 3:21-cr-00067-04-RRB-MMS |

## ORDER APPOINTING INTERPRETER

Having found defendant to be indigent and not proficient in English, the court hereby ORDERS that an interpreter be appointed at government expense to provide in-court translation services for defendant.

Thelma Galario, 1022 East Loyola Avenue, Visalia, California 93292 (telephone 559-309-5290), is HEREBY APPOINTED to serve as Tagalog interpreter in accordance with provisions of the Court Interpreters Act, 28 U.S.C. §§604(a)(14) and (a)(15), 604(f), 1827 and 1828. Payment for in-court translation services shall be paid by the United States.

When Ms. Galario's duties herein are concluded, the clerk is requested to assist her in preparing an appropriate claim for compensation and expenses. The claim shall comply with guidelines established by the Administrative Office and shall conform with the most recently published schedule of fees.

DATED at Anchorage, Alaska, this 2nd day of May, 2023.

/s/Ralph R. Beistline
RALPH R. BEISTLINE
United States District Judge